### 3938. ROBINSON v. THE STATE.

RUSSELL, J. The ruling in this case is controlled by the decisions in *Fountain* v. *Fountain,* 7 Ga. App. 361 (66 S. E. 1020), and *Parks* v. *Simpson,* 124 Ga. 523 (52 S. E. 616). A landlord has no lien for supplies furnished for a year prior to that in which the crop was raised. For that reason, where it appears that the tenant has paid his rent in full and also that he has delivered to the landlord money and produce enough to pay for the supplies advanced to him in making the crop for the particular year in question, he is not subject to be convicted of a violation of sections 720 and 721 of the Penal Code (1910).

*Judgment reversed.*

DECIDED MARCH 19, 1912.

Accusation of sale of property to defraud lienholder; from city court of Wrightsville—Judge Kent. December 19, 1911.

*E. L. Stephens,* for plaintiff in error.

*B. B. Blount, solicitor, Alfred Herrington, Hines & Jordan,* contra.

---

### 3939. ENGLISH v. THE STATE.

POTTLE, J. One who, while inside of an occupied dwelling, shoots a pistol at a floor thereof is guilty of shooting "at" or "into" the dwelling, within the meaning of the act approved August 13, 1910 (Acts 1910, p. 137). 1 Words and Phrases, 596; Blackwell v. State, 30 Tex. App. 596 (17 S. W. 1061).

*Judgment affirmed.*

DECIDED MARCH 19, 1912.

Indictment for misdemeanor; from Brooks superior court—Judge Thomas. December 16, 1911.

*Grover C. Edmondson,* for plaintiff in error.

*John A. Wilkes, solicitor-general,* contra.